IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PAUL MROZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-cv-50213 |
| ) | |
| BLUESTEM BRANDS, INC. ) | |
| d/b/a Fingerhut, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, PAUL MROZ,, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: February 25, 2015                              KROHN & MOSS, LTD.


                                                     By: /s/ Adam T. Hill
                                                     Adam T. Hill
                                                     KROHN & MOSS, LTD.
                                                     10 N. Dearborn St., 3rd Fl.
                                                     Chicago, Illinois 60602
                                                     Telephone: 312-578-9428
                                                     Telefax: 866-861-1390
                                                     ahill@consumerlawcenter.com
                                                     Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

                                                s/ Adam T. Hill\_\_\_\_
                                                Adam T. Hill
                                                Attorney for Plaintiff