## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| PAUL MROZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-cv-50213 |
| ) | |
| BLUESTEM BRANDS, INC. ) | |
| d/b/a Fingerhut, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated: March 13, 2015          By:/s/ Adam T. Hill
                               Adam T. Hill
                               Attorneys for Plaintiff
                               Krohn & Moss, Ltd.
                               10 N. Dearborn, 3rd Floor
                               Chicago, IL 60602

**FAEGRE BAKER DANIELS LLP**

Dated: March 13, 2015          By:/s/ Erin L. Hoffman (with consent)
                               Erin L. Hoffman
                               2200 Wells Fargo Center
                               90 South Seventh Street
                               Minneapolis, MN 55402